Fill in this information to identify your case:

United States Bankruptcy Court for the:

Southern District of Texas

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Prime Eco Group, Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 76-0581060 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2933 State Highway 60 South | P.O. Box 431 |
| Number        Street | Number        Street |
| _____ | _____ |
| | P.O. Box |
| Wharton              TX      77488 | Wharton              TX      77488 |
| City                    State    ZIP Code | City                    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Wharton County | _____ |
| County | Number        Street |
| | _____ |
| | City                    State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | primeecogroup.com |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor    Prime Eco Group, Inc.
_____
Name

Case number *(if known)*_____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                 MM / DD / YYYY

        District _____ When _____ Case number _____
                                   MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor   Prime Eco Supply, LLC _____ Relationship   Debtor Owns _____

District   Southern District of Texas, Houston Div _____ When   07/23/2021
                                                      MM / DD / YYYY

Case number, if known _____

---

| Debtor | Prime Eco Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| --- | --- |

_____

| City | | State | ZIP Code |
| --- | --- | --- | --- |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Prime Eco Group, Inc. | Case number *(if known)* |
|--------|------------------------|--------------------------|
|        | Name                   |                          |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/30/2021
MM / DD / YYYY

✖ /s/ Fernando Guzman
Signature of authorized representative of debtor

Fernando Guzman
Printed name

Title  President/CEO

---

**18. Signature of attorney**

✖ /s/ Margaret M. McClure
Signature of attorney for debtor

Date  07/30/2021
MM / DD / YYYY

Margaret M. McClure
Printed name

Law Office of Margaret M. McClure
Firm name

25420 Kuykendahl Road, Suite B300-1043
Number          Street

The Woodlands
City

TX
State

77375
ZIP Code

713-659-1333
Contact phone

margaret@mmmcclurelaw.com
Email address

00787997
Bar number

TX
State

---

Prime Eco Group, Inc.

| Debtor | | | Case number *(if known)* |
|--------|--|--|---------------------------|
| First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | | |
|---|---|---|
| **Fernando & Rosario Guzman** | **Southern District of Texas, Houston Division** | **07/23/2021** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name _____Prime Eco Group, Inc._____

United States Bankruptcy Court for the: _____Southern District of Texas_____
                                                                                         (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
        Copy line 88 from *Schedule A/B* ..............................................................    $    1,000,000.00

    **1b. Total personal property:**
        Copy line 91A from *Schedule A/B* ..............................................................    $    2,057,685.77

    **1c. Total of all property:**
        Copy line 92 from *Schedule A/B* ..............................................................    $    3,057,685.77

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................    $    2,126,020.23

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F* ......................................    $    24,726.18

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................    **+** $    1,436,729.73

4.  **Total liabilities** .......................................................................................................    $    3,587,476.14
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name     Prime Eco Group, Inc.

United States Bankruptcy Court for the:  Southern District of Texas

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                        $ 3,500.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo Bank (Reserve) | Checking | ___ ___ ___ ___ | $ 0.00 |
| 3.2. See continuation sheet | | ___ ___ ___ ___ | $ 35,837.80 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $_____

   4.2. _____     $_____

5. **Total of Part 1**                                                                                     $ 39,337.80

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:     Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____     $_____

   7.2. _____     $_____

Debtor     Prime Eco Group, Inc.
_____     Case number (if known)_____
           Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____     $_____

   8.2._____     $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.     | $_____ |

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | 424,180.25 | – | 0.00 | = ........ → | $ | 424,180.25 |
| 11b. Over 90 days old: | 172,069.23 | – | 172,069.23 | = ........ → | $ | 0.00 |

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.     | $ 424,180.25 |

| Part 4: | Investments |

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.

   ☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   | 14.1. _____ | _____ | $_____ |
   | 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   | Name of entity: | % of ownership: | | |
   |---|---|---|---|
   | 15.1. Prime Eco Supply, LLC | 100 % | _____ | $ Unknown |
   | 15.2. See continuation sheet | _____ % | _____ | $ Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   | 16.1. _____ | _____ | $_____ |
   | 16.2. _____ | _____ | $_____ |

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.     | $ 0.00 |

---

| Debtor | Prime Eco Group, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Raw Materials, COGS | 02/09/2021 <br> MM / DD / YYYY | $ 931,303.83 | 60% | $ 558,782.30 |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** <br> Finished Goods | 02/09/2021 <br> MM / DD / YYYY | $ 844,561.59 | 60% | $ 506,736.95 |
| 22. **Other inventory or supplies** <br> Other Inventory or Supplies | 02/09/2021 <br> MM / DD / YYYY | $ 81,099.56 | | $ 81,099.56 |

23. **Total of Part 5** <br> Add lines 19 through 22. Copy the total to line 84.

$ 1,146,618.81

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    Prime Eco Group, Inc.
          _____    Case number (if known)_____
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office Furniture, Furnishings and Supplies | $_____ | _____ | $ 10,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers, Printers & Other Related Equipment | $_____ | _____ | $ 10,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 20,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Prime Eco Group, Inc.
_____    Case number (if known)_____
          Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | _____ | $ 427,548.91 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                                          $ 427,548.91

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page 5

Debtor    Prime Eco Group, Inc.
_____
Name

Case number *(if known)*_____

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 1401 Bell Drive, Big Spring, TX 79720 - Leased to Debtor and Subleased by Debtor to Tenant | Leasehold/Subleased | | | $ _____ Unknown |
| 55.2 | 2933 State Highway 60 South, Wharton, TX 77488 | Owner | $ _____ | _____ | $ _____ 1,000,000.00 |
| 55.3 | | | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>SEE ATTACHED LIST | $ _____ | _____ | $ _____ Unknown |
| 61. **Internet domain names and websites** | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65. **Goodwill** | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor    Prime Eco Group, Inc.
          _____    Case number (if known) _____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ — _____ = ➡   $_____
                                        Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                            $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Potential recovery from collection lawsuit against Drillchem, LLC        $ 0.00
_____

Nature of claim        Collection Lawsuit
                       _____

Amount requested       $ 150,539.00
                       _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                            $_____

Nature of claim        _____

Amount requested       $_____

76. **Trusts, equitable or future interests in property**

_____                            $_____

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership

_____                            $_____
_____                            $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Prime Eco Group, Inc.
          _____    Case number (*if known*) _____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 39,337.80 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 424,180.25 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,146,618.81 | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 20,000.00 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 427,548.91 | | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................➔ | | | $ 1,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 2,057,685.77 | + 91b. | $ 1,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................... 3,057,685.77 | | | $ 3,057,685.77 |

| Debtor 1 | Prime Eco Group, Inc. | | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| Wells Fargo Bank (Operating) | Checking | 0976 |

Balance: 20.00

| | | |
|---|---|---|
| Wells Fargo Bank (Petty Cash) | Checking | 6806 |

Balance: 8.37

| | | |
|---|---|---|
| Wallis Bank | Checking | 6035 |

Balance: 30.84

| | | |
|---|---|---|
| Iberia Bank | Checking | 7899 |

Balance: 0.00

| | | |
|---|---|---|
| Chase Bank | Checking | 5671 |

Balance: 139.29

| | | |
|---|---|---|
| Prosperity Bank (Petty Cash Account) | Checking | 0989 |

Balance: 70.00

| | | |
|---|---|---|
| Chase Bank (Petty Cash) | Checking | 2583 |

Balance: 29.30

| | | |
|---|---|---|
| Prosperity Bank (Reserve Account) | Checking | 0997 |

Balance: 80.00

| | | |
|---|---|---|
| Prosperity Bank (Operating Account) | Checking | 4695 |

Balance: 35,460.00


**15) Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | | |
|---|---|---|
| Prime Eco Polychem, LLC | 50% | Unknown |
| Geochem Technologies, LLC | 100% | Unknown |


**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | |
|---|---|
| Compressors | 10,550.00 |
| Mill | 3,550.00 |

Debtor 1     Prime Eco Group, Inc.

First Name     Middle Name     Last Name        Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| **Containers** | 3,600.00 |
| **Tanks** | 152,700.00 |
| **Forklifts** | 25,100.00 |
| **Pumps** | 53,131.80 |
| **Dust Collectors** | 3,700.00 |
| **Conveyor Mixing Units** | 11,475.00 |
| **Scales** | 3,531.00 |
| **Mixing Tanks/Components** | 138,291.11 |
| **Lab Equipment** | 12,000.00 |
| **Other** | 9,920.00 |

Debtor 1   **Prime Eco Group, Inc.**                    Case number (if known) _____

ATTACHMENT

Schedule A/B, PART 10

60. Patents, copyrights, trademarks, and trade secrets

EC-30 (Patented);

ECO-1000;

CC-200;

TID-300;

EC-20;

Pecomul 100;

Pecomul 300; and

Pecomul 500

**Fill in this information to identify the case:**

Debtor name __Prime Eco Group, Inc.__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Austin Financial Services, Inc.<br><br>**Creditor's mailing address**<br>Attn: Tom Derenze<br>11111 Santa Monica Blvd., Suite 1000, Los<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** 09/2019<br>**Last 4 digits of account number**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, | **Describe debtor's property that is subject to a lien**<br>Loan on Accounts Receivable and Inventory<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $ 1,386,543.03 | $ Unknown |
| **2.2** **Creditor's name**<br>Fairview Investment Fund V, LP<br><br>**Creditor's mailing address**<br>c/o Jason D. Kraus<br>19500 State Highway 249, Suite 350, Hous<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** 06/2021<br>**Last 4 digits of account number**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines _____ | **Describe debtor's property that is subject to a lien**<br>2933 State Highway 60 South, Wharton, TX 77488<br><br>**Describe the lien**<br>Agreement you made<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $527,681.37 | $1,000,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 2,126,020.23

Debtor    Prime Eco Group, Inc.
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
U.S. Small Business Administration
_____

**Creditor's mailing address**

1545 Hawkins Blvd., Suite 202
El Paso, TX 79925-2652
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** 7402

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$150,000.00        $ Unknown

**Describe the lien**
EIDL Loan (CARES Act)
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** Creditor's name
Wharton County, et al
_____

**Creditor's mailing address**

c/o McCreary, Veselka, Bragg & Allen, PC
P.O. Box 1269, Round Rock, TX 78680-126
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Tax Lawsuit

$61,795.83        $ Unknown

**Describe the lien**
Property Taxes
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Prime Eco Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Fairview Investment Fund V, LP<br>Attn: Nels Stem<br>119 South Main St., Suite 410<br>Seattle, WA, 98104 | Line 2. 2 | _____ |
| U.S. Small Business Administration<br>10737 Gateway West, Suite 300<br>El Paso, TX, 79935 | Line 2. 3 | _____ |
| Wharton County, et al<br>308 E. Milam Street<br>Wharton, TX, 77488 | Line 2. 4 | _____ |
| Wharton County, et al<br>Attn: Cindy Hernandez<br>P.O. Box 189<br>Wharton, TX, 77488 | Line 2. 4 | _____ |
| Wharton County, et al<br>c/o Mr. John P. Dillman<br>P.O. Box 3064<br>Houston, TX, 77253-3064 | Line 2. 4 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor          Prime Eco Group, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number _____
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX, 78711-2548 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 24,726.18 | $ 24,726.18 |
| **Date or dates debt was incurred**<br>2019 | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  ) | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |

| Debtor | Prime Eco Group, Inc. | |
|---|---|---|
| | Name | Case number *(if known)* |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
American Express
200 Vesey Street
New York, NY, 10285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Credit Card

$ 22,349.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Citibank Visa
399 Park Avenue
New York, NY, 10285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Credit Card

$ 16,817.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
CMI / Hoover Materials Handling
Attn: Dan Cartel
414 Sansom Street
Upper Darby, PA, 19082

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,413.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Dana Leasing System
Attn: Bonnie Spyer
P.O. Box 74319
Cleveland, OH, 44194

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 5,245.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
DoerenMayhew
Attn: Jason Alvarez
One Riverway Drive, Suite 1200
Houston, TX, 77056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 21,242.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Fairview Partners Investment Management, LLC
Attn: Nels Stem
119 South Main St., Suite 410
Seattle, WA, 98104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Line of Credit Note

$ 753,888.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Prime Eco Group, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 7    **Nonpriority creditor's name and mailing address**

Guide Energy Solutions, LLC
Attn: Gina Richardson
9330 S Highway 99
Prague, OK, 74864

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 104,346.40

---

**3.** 8    **Nonpriority creditor's name and mailing address**

Iberia Visa
285 W Esplanade Avenue
Kenner, LA, 70065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 80.25

---

**3.** 9    **Nonpriority creditor's name and mailing address**

Integrity Delaware, LLC
Attn: Cyndie Dreyer
1607 Junction Highway
Kerrville, TX, 78028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** 01/08/2020

**Last 4 digits of account number** 6984

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,530.90

---

**3.** 10    **Nonpriority creditor's name and mailing address**

M&M Protection, LLC
Attn: Ashley Verhage
11831 West Fairmount Parkway
La Porte, TX, 77571

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** 12/10/2020

**Last 4 digits of account number** 0120

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,400.00

---

**3.** 11    **Nonpriority creditor's name and mailing address**

Precision Additives, Inc.
Attn: Don Syvester
1441 Park Ten Blvd.
Houston, TX, 77084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** 02/11/2020

**Last 4 digits of account number** 0284

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,250.00

---

Debtor   Prime Eco Group, Inc.
         Name                                                    Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12**   Nonpriority creditor's name and mailing address

Premier Oilfield Laboratories, LLC
Attn: Chisa Jackson
Dept. 3893, P.O. Box 123898
Dallas, TX, 75312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 16,760.00

Date or dates debt was incurred    01/27/2020
Last 4 digits of account number    0388

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13**   Nonpriority creditor's name and mailing address

Prime Eco Polychem, LLC
P.O. Box 431
Wharton, TX, 77488

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 109,524.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**   Nonpriority creditor's name and mailing address

SASOL North America, LLC
Attn: Kevin Menchaca
P.O. Box 201344
Dallas, TX, 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 48,236.30

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**   Nonpriority creditor's name and mailing address

SNF Holding Company
Attn: Reginald Lee
1 Chemical Plant Road
Riceboro, GA, 31323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 229,100.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**   Nonpriority creditor's name and mailing address

Streamline Polymers, LLC
Attn: Patti Goin
16950 Wallisville Road
Houston, TX, 77049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,150.00

Date or dates debt was incurred    12/23/2019
Last 4 digits of account number    83IN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Prime Eco Group, Inc.
_____
Name                                            Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** _17_  **Nonpriority creditor's name and mailing address**

Water Mark Technologies, Inc.
Attn: Kim Logsdon
9 West Main Street
Mendham, NJ, 07945

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 68,395.71

---

**3.** ____  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

Debtor    Prime Eco Group, Inc.
                Name                                                      Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Texas Comptroller of Public Accounts<br>111 E. 17th Street<br>Austin, TX, 78774-0100 | Line 2.1<br>☐ Not listed. Explain: | _____ |
| 4.2. | Texas Comptroller of Public Accounts<br>P.O. Box 149359<br>Austin, TX, 78714-9359 | Line 2.1<br>☐ Not listed. Explain | _____ |
| 4.3. | Texas Comptroller of Public Accounts<br>Audit Division Headquarters<br>1700 N Congress, Suite 300<br>Austin, TX, 78701 | Line 2.1<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor  Prime Eco Group, Inc.
Name

Case number (*if known*)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 24,726.18 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,436,729.73 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,461,455.91 |

Fill in this information to identify the case:

Debtor name ___Prime Eco Group, Inc.___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number (If known): _____ Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of 1401 Bell Dr., Big Spring, TX 79720 to Debtor & Subleased to Carbonet Technologies, LLC | City of Big Spring<br>310 Nolan Street<br>Big Spring, TX, 79720 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Sublease of 1401 Bell Dr., Big Spring, TX 79720 by Debtor to Carbonet Technologies, LLC | Carbonet Technologies, LLC<br>1401 Bell Drive<br>Big Spring, TX, 79720 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment Lease located at 2933 State Highway 60 South, Wharton, TX 77488 | World Planning and Investing, Inc.<br>P.O. Box 19933<br>Sugar Land, TX, 77496 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of Trucks to Debtor | Prime Eco Supply, LLC<br>2933 State Highway 60 South<br>Wharton, TX, 77488 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name __Prime Eco Group, Inc.__ |
| United States Bankruptcy Court for the: __Southern District of Texas__ |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Fernando Guzman | Fernando Guzman<br>P.O. Box 431<br>Wharton, TX 77488 | Fairview Investment Fund | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Fernando Guzman | Fernando Guzman<br>P.O. Box 431<br>Wharton, TX 77488 | Austin Financial Services, | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Prime Eco Supply, Ll | Prime Eco Supply, LLC<br>2933 State Highway 60 South<br>Wharton, TX 77488 | Austin Financial Services, | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Rosario Guzman | Rosario Guzman<br>P.O. Box 431<br>Wharton, TX 77488 | Austin Financial Services, | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Rosario Guzman | Rosario Guzman<br>P.O. Box 431<br>Wharton, TX 77488 | Fairview Investment Fund | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Prime Eco Supply, Ll | Prime Eco Supply, LLC<br>2933 State Highway 60 South<br>Wharton, TX 77488 | Fairview Investment Fund | ☑ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name    Prime Eco Group, Inc.

United States Bankruptcy Court for the:  Southern District of Texas

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/30/2021        ✖ /s/ Fernando Guzman
       MM / DD / YYYY                Signature of individual signing on behalf of debtor

                        Fernando Guzman
                        Printed name

                        President/CEO
                        Position or relationship to debtor

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Prime Eco Group, Inc.
_____ Chapter  _____
                                                              11

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Fernando Guzman<br>P.O. Box 431, Wharton, TX 77488 | 41 | Common stockholder |
| Rosario Guzman<br>P.O. Box 431, Wharton, TX 77488 | 41 | Common stockholder |
| Felipe Guzman<br>P.O. Box 431, Wharton, TX 77488 | 18 | Common stockholder |

**Fill in this information to identify the case:**

Debtor name _____ Prime Eco Group, Inc. _____

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,178,053.83 |
| **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 5,593,000.00 |
| **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 8,918,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM / DD / YYYY | _____ | $ 0.00 |
| **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM / DD / YYYY    MM / DD / YYYY | Freight Income | $ 58,000.00 |
| **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $ 0.00 |

| Debtor | Prime Eco Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |

| Debtor | Prime Eco Group, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. | _____ <br> Creditor's name | | _____ | $_____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____ <br> Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Prime Eco Group, Inc. vs. Drillchem, LLC <br><br> **Case number** <br><br> CV 50892 <br> _____ | Collection Lawsuit filed by Debtor for $150,539.00 | 39th Judicial District Court <br><br><br> 100 S. Fulton <br> Wharton, TX 77488 | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. | Wharton County, et al vs. Iberia Bank, as Lienholder <br><br> **Case number** <br><br> T010938 <br> _____ | Tax Lawsuit | 329th Judicial District Court <br><br> P.O. Box 391 <br> Wharton, TX 77488-0391 | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

---

Debtor    Prime Eco Group, Inc.
_____    Case number *(if known)*_____
          Name

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value
of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____<br>Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____<br>Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Debtor    Prime Eco Group, Inc.                  Case number *(if known)*_____
         Name

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Margaret M. McClure | Debtor paid $12,500.00 on 4/23/2021; $6,500.00 on 6/2/2021; and $6,500.00 on 7/14/2021. | _____ | $ 25,500.00 |
| | **Address** | | | |
| | Attorney at Law<br>909 Fannin, Suite 3810<br>Houston, TX 77010 | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor   Prime Eco Group, Inc.
_____        Case number *(if known)*_____
         Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

---

| Debtor | Prime Eco Group, Inc. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Prime Eco 401K Plan (No. 835562, Closed 2018) | EIN: 76-0581060 |

Has the plan been terminated?

☐ No

☑ Yes

---

Debtor    Prime Eco Group, Inc.
_____    Case number *(if known)*_____
          Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

| Debtor | Prime Eco Group, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Prime Eco Polychem, LLC<br>Name<br>2933 State Highway 60 South<br>Wharton, TX 77488 | Big Spring, Texas | Mixing equipment, tanks, pumps, lab equipment. | $ Unknown |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____<br>Name | | ☐ Pending |
| Case number | | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page **9**

Debtor    Prime Eco Group, Inc.
_____    Case number *(if known)*_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Prime Eco Supply, LLC<br>Name<br>2933 State Highway 60 South<br>Wharton, TX 77488 | Freight, Trucking Company | EIN: 80-0655754<br><br>**Dates business existed**<br><br>From 10/18/2010   To _____ |

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.2. | Prime Eco Polychem, LLC<br>Name<br>2933 State Highway 60 South<br>Wharton, TX 77488 | Manufacturing of completion/stimulation products for Oil and Gas (Dormant Since 2019) | EIN: 46-3200869<br><br>**Dates business existed**<br><br>From 07/17/2013   To _____ |

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.3. | Geochem Technologies, LLC<br>Name<br>2933 State Highway 60 South<br>Wharton, TX 77488 | Dedicated research - 2017 - Present (Dormant since 2018) | EIN: 47-4181766<br><br>**Dates business existed**<br><br>From _____   To _____ |

---

Debtor   Prime Eco Group, Inc.
_____                    Case number (if known)_____
Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Doeren Mayhew, P.C. (2013 -12/31/2020)<br>Name<br>One Riverway Drive, Suite 1200, Houston, TX 77056 | From _____<br>To 12/31/2020 |
| 26a.2. Wells & Bedard, P.C. (01/01/2021 - Present)<br>Name<br>24 Greenway Plaza, Suite 440, Houston, TX 77046 | From 01/01/2021<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Doeren Mayhew, P.C. (2013 -12/31/2020)<br>Name<br>One Riverway Drive, Suite 1200 Houston, TX 77056 | From _____<br>To 12/31/2020 |
| 26b.2.<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Gilbert Moreno (Acting, temporary contract CFO)<br>Name<br>2933 State Highway 60 South, Wharton, TX 77488 | |

---

| Debtor | Prime Eco Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ <br> Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. IberiaBank/First Horizon Bank <br> Name <br> Attn: Sydney R. Gibbs, Jr. 285 W Esplanade Avenue Kenner, LA 70065 |

| Name and address |
|---|
| 26d.2. Austin Financial Services, Inc. <br> Name <br> Attn: Tom Derenze 11111 Santa Monica Blvd., Suite 1000 Los Angeles, CA 90025 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Gilbert Moreno, Felipe Guzman | 12/31/2019 | $ 1,949,695.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Gilbert Moreno, Felipe Guzman <br> Name <br> 2933 State Highway 60 South <br> Wharton,  77488 |

| Debtor | Prime Eco Group, Inc. | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|----------------------------------------------------------------|-------------------|-------------------------------------------------------------------------------|
| Gilbert Moreno, Felipe Guzman | 12/31/2020 | $ 1,968,608.84 |

| Name and address of the person who has possession of inventory records |
|-------------------------------------------------------------------------|

27.2. Gilbert Moreno, Felipe Guzman
Name
2933 State Highway 60 South
Wharton, TX 77488

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Fernando Guzman | P.O. Box 431, Wharton, TX 77488 | President/CEO | 41 |
| Rosario Guzman | P.O. Box 431, Wharton, TX 77488 | Vice President | 41 |
| Felipe Guzman | P.O. Box 431, Wharton, TX 77488 | Shareholder/Director | 18 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    Prime Eco Group, Inc.
_____    Case number (if known)_____
          Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | _____ | _____ |
| | Name | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | _____ | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Prime Eco 401K Plan (No. 835562, Closed 2018) | EIN: 76-0581060 |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/30/2021
              _____
              MM  / DD  / YYYY

✖ /s/ Fernando Guzman
_____    Printed name    Fernando Guzman
Signature of individual signing on behalf of the debtor                         _____

Position or relationship to debtor    President/CEO
                                      _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name     Prime Eco Group, Inc.                                    Case number (*if known*)_____

## Continuation Sheet for Official Form 207

**17) Pension Contributions**

**Prime Eco Group Cash          ID: 1642659                     Terminated**
**Balance Plan**


**26d) Creditors**

**Fairview Partners Investment              Attn: Nels Stem 119 South Main St.,**
**Management, LLC                           Suite 410 Seattle, WA 98104**

**Doeren Mayhew, P.C.                       Attn: Jason Alvarez One Riverway Drive,**
**                                           Suite 1200 Houston, TX 77056**

**Wells & Bedard, P.C.                      24 Greenway Plaza, Suite 440, Houston,**
**                                          TX 77046**


**32) Pension Contributions**

**Prime Eco Group Cash Balance Plan         ID: 1642659**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**In re**     **Prime Eco Group, Inc.,**

Case No. _____

**Debtor**

Chapter **11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . (Retainer) . . . $ **25,500.00**_____

Prior to the filing of this statement I have received . . . . . . . . . . . . . (Retainer) . . . $ **25,500.00**_____ __

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **Unknown**_____

2.   The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☐ Debtor          ☐ Other (specify)

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 30, 2021**
*Date*

**/s/Margaret M. McClure**
*Signature of Attorney*

**Law Office of Margaret M. McClure**
*Name of law firm*

American Express
200 Vesey Street
New York, NY 10285

Austin Financial Services, Inc.
Attn: Tom Derenze
11111 Santa Monica Blvd., Suite 1000
Los Angeles, CA 90025

Citibank Visa
399 Park Avenue
New York, NY 10285

City of Big Spring
310 Nolan Street
Big Spring, TX 79720

CMI / Hoover Materials Handling
Attn: Dan Cartel
414 Sansom Street
Upper Darby, PA 19082

Dana Leasing System
Attn: Bonnie Spyer
P.O. Box 74319
Cleveland, OH 44194

DoerenMayhew
Attn: Jason Alvarez
One Riverway Drive, Suite 1200
Houston, TX 77056

Fairview Investment Fund V, LP
c/o Jason D. Kraus
19500 State Highway 249, Suite 350
Houston, TX 77070

Fairview Investment Fund V, LP
Attn: Nels Stem
119 South Main St., Suite 410
Seattle, WA 98104

Fairview Partners Investment Management, LLC
Attn: Nels Stem
119 South Main St., Suite 410
Seattle, WA 98104

Fernando Guzman
P.O. Box 431
Wharton, TX 77488

Guide Energy Solutions, LLC
Attn: Gina Richardson
9330 S Highway 99
Prague, OK 74864

Iberia Visa
285 W Esplanade Avenue
Kenner, LA 70065

Integrity Delaware, LLC
Attn: Cyndie Dreyer
1607 Junction Highway
Kerrville, TX 78028

M&M Protection, LLC
Attn: Ashley Verhage
11831 West Fairmount Parkway
La Porte, TX 77571

Precision Additives, Inc.
Attn: Don Syvester
1441 Park Ten Blvd.
Houston, TX 77084

Premier Oilfield Laboratories, LLC
Attn: Chisa Jackson
Dept. 3893, P.O. Box 123898
Dallas, TX 75312

Prime Eco Polychem, LLC
P.O. Box 431
Wharton, TX 77488

Prime Eco Supply, LLC
2933 State Highway 60 South
Wharton, TX 77488

Rosario Guzman
P.O. Box 431
Wharton, TX 77488

SASOL North America, LLC
Attn: Kevin Menchaca
P.O. Box 201344
Dallas, TX 75320

SNF Holding Company
Attn: Reginald Lee
1 Chemical Plant Road
Riceboro, GA 31323

Streamline Polymers, LLC
Attn: Patti Goin
16950 Wallisville Road
Houston, TX 77049

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774-0100

Texas Comptroller of Public Accounts
P.O. Box 149359
Austin, TX 78714-9359

Texas Comptroller of Public Accounts
Audit Division Headquarters
1700 N Congress, Suite 300
Austin, TX 78701

U.S. Small Business Administration
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925-2652

U.S. Small Business Administration
10737 Gateway West, Suite 300
El Paso, TX 79935

Water Mark Technologies, Inc.
Attn: Kim Logsdon
9 West Main Street
Mendham, NJ 07945

Wharton County, et al
c/o McCreary, Veselka, Bragg & Allen, PC
P.O. Box 1269
Round Rock, TX 78680-1269

Wharton County, et al
308 E. Milam Street
Wharton, TX 77488

Wharton County, et al
Attn: Cindy Hernandez
P.O. Box 189
Wharton, TX 77488

Wharton County, et al
c/o Mr. John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

United States Bankruptcy Court

Southern District of Texas

In re: Prime Eco Group, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____07/30/2021_____

/s/ Fernando Guzman
_____
Signature of Individual signing on behalf of debtor

President/CEO
_____
Position or relationship to debtor